**DeShawn Dundre BROADNAX,**
**Petitioner,**

v.

**Jeffrey BEARD, Secretary of the California Department of Corrections and Rehabilitation, Respondent–Appellee.**

No. 13–56134.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 9, 2014.*

Filed Dec. 16, 2014.

DeShawn Dundre Broadnax, Lancaster, CA, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Vincent P. Lapietra, Deputy Attorney General, Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

California state prisoner Deshawn Dundre Broadnax appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253. We review de novo the denial of a habeas corpus petition, *see Fairbank v. Ayers,* 650 F.3d 1243, 1250 (9th Cir.2011), and we affirm.

Broadnax contends that the trial court erred in refusing to order a new trial in light of new evidence that he could have used to impeach a state's witness, who was charged as Broadnax's codefendant. Broadnax's allegation that the trial court misapplied California's rules for new trials does not state a cognizable claim for federal habeas relief. *See* 28 U.S.C. § 2254(a); *Estelle v. McGuire,* 502 U.S. 62, 67–68, 112 S.Ct. 475, 116 L.Ed.2d 385 (1991).

We construe Broadnax's additional arguments, including his allegation of ineffective assistance of counsel and prosecutorial misconduct under *Brady v. Maryland,* 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(1963), as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

Broadnax's motion to stay and abey these proceedings to permit him to exhaust previously unavailable claims in state court is denied.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.